JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIBU INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PLOTKIN FINANCIAL, INC.<br><br>　　　　Defendants. | Case No.: 8:14-cv-1543 CJC (JCGx)<br>Judge: Hon. Cormac J. Carney<br><br>[PROPOSED] JUDGMENT AGAINST PLOTKIN FINANCIAL, INC. |

## JUDGMENT

Pursuant to the unopposed Notice of Motion and Motion of Defendant Plotkin Financial, Inc., filed concurrently herewith, in which Plotkin confessed judgment as to the first count of Plaintiff hibu Inc.'s complaint, the lone remaining count following this Court's order on Plotkin's motion for judgment on the pleadings, the **COURT HEREBY ENTERS JUDGMENT** in favor of Plaintiff hibu Inc. and against Defendant Plotkin Financial, Inc., in the amount of **$75,000.00**.

So ORDERED this  14th  day of    March    ,  2016 .

*The hearing set for March 21, 2016 at 1:30 p.m. is hereby vacated and off calendar. *

_____
United States District Judge

JUDGMENT